# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN JOSEPH SMITH

**JUDGMENT IN A CIVIL CASE**

v.

ELDON VAIL

CASE NUMBER: C10-5614RJB/JRC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

  the Court **ADOPTS** the Report and Recommendation (Dkt. 23). This action is **DISMISSED WITH PREJUDICE** for failure to state a claim. The dismissal counts as a strike pursuant to 29 U.S.C. 1915(g). Plaintiff's *in forma pauperis* status is revoked for appeal pursuant to 28 U.S.C. 1915(A)(3).


| January 5, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

|  | *s/CM Gonzalez* |
|---|---|
|  | Deputy Clerk |