UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN JOSEPH SMITH,

          Plaintiff,

   v.

ELDON VAIL,

          Defendant.

Case No. C10-5614RJB

ORDER DENYING MOTION FOR RECONSIDERATION

    This matter comes before the court on plaintiff's Motion for Reconsideration OF Order Adopting Report and Recommendation. Dkt. 29.  The court has considered the documents filed in support of the motion and the file herein.

    On January 4, 2011, the court dismissed this case with prejudice, on the basis that plaintiff has not stated a claim for violation of his due process rights, because Washington's tort claims provisions, RCW 4.92 and RCW 72.02.045 provide a damages remedy to persons who have suffered from the tortious conduct of the State or its political subdivisions.  Dkt. 27.  The court further noted that plaintiff had not shown that the only named defendant in this case, Eldon Vail personally participated in the events alleged.  Dkt. 27.  Finally, the court noted that the claim would be barred by the statute of limitations. Dkt. 27.

    On January 14, 2011, plaintiff filed a motion for reconsideration, contending that he has stated a claim for violation of his right to due process; he has been trying to obtain proof of documents related to his claim from the State of Florida; and he named Eldon Vail as the defendant in this case because he was

ORDER
Page - 1

1 unable to determine who actually caused the deprivation. Dkt. 29.  Plaintiff requests that the court
2 reconsider its order adopting the Report and Recommendation of the magistrate judge and dismissing his
3 case.
4       Local Rule CR 7(h)(1) provides as follows:

> Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Plaintiff has not shown that his inability to obtain documents from Florida changes the result in this case.  Plaintiff has not stated a due process claim because he had an adequate post deprivation remedy under state law.  This is so, even if he were able to name another defendant to who personally participated in the events alleged.  Petitioner has not shown that the court's decision was a manifest error, and he has not shown any new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence. This motion is without merit.

      Therefore, it is hereby

      **ORDERED** that plaintiff's Motion for Reconsideration  (Dkt. 29) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

      DATED this 20th day of  January, 2011.

_____
Robert J Bryan
United States District Judge